**Dismissed and Memorandum Opinion filed October 16, 2012.**



In The

# Fourteenth Court of Appeals

### NO. 14-12-00887-CR
### NO. 14-12-00888-CR

**JOSE ALFREDO BEJAR, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 23rd District Court**
**Brazoria County, Texas**
**Trial Court Cause Nos. 65831 & 65832**

## M E M O R A N D U M    O P I N I O N

Written requests to dismiss the appeals, personally signed by appellant, have been filed with this court. *See* Tex. R. App. P. 42.2. Because this court has not delivered an opinion, we grant appellant's requests.

Accordingly, we order the appeals dismissed. We direct the clerk of the court to issue the mandates of the court immediately.

PER CURIAM

Panel consists of Chief Justice Hedges and Justices Brown and Busby.

Do Not Publish — Tex. R. App. P. 47.2(b).